UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


REGINA M. CLARK,

        Plaintiff,                         Case no. 08-15324
                                                Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Mona K. Majzoub's Report and Recommendation, filed January 11, 2010, as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                                       s/John Corbett O'Meara
                                                     United States District Judge

Date: February 18, 2010

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 18, 2010, by electronic and/or ordinary mail.

                                                       s/William Barkholz
                                                     Case Manager